# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| CHARLIE BRANNER, JR., | * |
| | * |
| Plaintiff, | *   CIVIL ACTION NO.: 5:16-cv-59 |
| | * |
| v. | * |
| | * |
| MAJOR LINTON DELOACH; PAUL | * |
| GRIECO; MR. GRANT; and SGT. | * |
| PRITCHETT, | * |
| | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 13), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint **without prejudice** for failure to follow this Court's Orders and failure to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case, and

**DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___3___ day of ___November___, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA